AO 440 (Rev. 1/90) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

JAMES WOODY,

**SUMMONS IN A CIVIL ACTION**

**v.**

AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., a foreign corporation; AMERICAN EXPRESS CENTURION BANK, a foreign corporation; EASTMAN KODAK, a foreign corporation; JAFFE & ASHER, LLP, a New York limited liability corporation, DOES 1-10 and ROES 10-20, inclusive.

**2:05-cv-01522**

**TO:** (Name and Address of Defendant)

Eastman Kodak Company
CT Company of Nevada
6100 Neil Road, Suite 500
Reno, Nevada 89511

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon Plaintiff's attorney (name and address)

JAMES R. ROSENBERGER, ESQ.
Pico Escobar Rosenberger, Ltd.
Nevada Bar No. 1047
2000 S. Eastern
Las Vegas, Nevada 89104

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

LANCE S. WILSON
JULIE RIVERO
CLERK

DEC 23 2005
DATE

BY DEPUTY CLERK

AO 440 (Rev. 1/90) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                      Date

_____
Signature of Server

_____
Address of Server

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.