United States District Court
District of Nevada

**James Woody**

PLAINTIFF(S)

vs.

**American Express Travel Related Services Company Inc.**

DEFENDANT(S)

CASE NO:
**2:05-CV-01522**

**AFFIDAVIT OF SERVICE**

2006 FEB -7 P 3: 24

STATE OF NEVADA
COUNTY OF CLARK

Jim Baker, being first duly sworn, deposes and says: That affiant is, and was a citizen of the United States, over 18 years of age, and not a party to, nor interested in the proceeding in which this affidavit is made. That affiant received copies of the Notice of Motion to Dismiss Affidavits of Robert L. Bachman and Ira Axelrod in Support Thereof, on February 3, 2006 and served the same on February 3, 2006 at 4:00 PM, in the following manner:

By serving James Woody by personally delivering and leaving a copy with Patricia A. Quinn, Legal Assistant to James R. Rosenberger, Attorney, a person of suitable age and discretion residing at James Woody's usual place of abode.

Said service was effected at: 2000 S. Eastern Ave, Las Vegas, NV 89104.

Jim Baker, Process Server
License No: 999A

SUBSCRIBED AND SWORN TO before me
today Monday, February 6, 2006.

NOTARY PUBLIC

NOTARY PUBLIC
STATE OF NEVADA
County of Clark
PAMELA DUDLEY
Appt. No. 04-90439-1
My Appt Expires July 22, 2008

**Legal Express**
911 S. 1st St.
Las Vegas, NV, 89101
(702) 877-0200 , (702) 384-8170 Fax
mailto:legex@aol.com
License No(s): 999/999A

Service Fees: $71.35

*Prepared for:*
Robert Bachman Esq.
19100 Von Karman Ave
Suite 380
Irvine, CA 92612
*Legex Slip # 44216-b/Robert/1126432*