1  JAMES R. ROSENBERGER, ESQ.
   Nevada Bar No. 001047
2  PICO ESCOBAR ROSENBERGER, Ltd.
   2000 South Eastern Avenue
3  Las Vegas, Nevada 89104
   (702) 457-9099 FAX 457-8451
4  *Attorneys for Plaintiff*
   *JAMES WOODY*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JAMES WOODY, | Case No: 2:05-CV-01522 JCM-LRL |
| Plaintiff, | |
| v. | |
| AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., a foreign corporation; AMERICAN EXPRESS CENTURION BANK, a foreign corporation; EASTMAN KODAK, a foreign corporation; JAFFE & ASHER, LLP, a New York limited liability corporation, DOES 1-10 and ROES 10-20, inclusive, | |
| Defendants. | |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 6th day of March, 2006, I served **OPPOSITION TO DEFENDANT AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY INC., AMERICAN EXPRESS CENTURION BANK AND JAFFE & ASHER, LLP'S POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS THE COMPLAINT AND REQUEST FOR LEAVE TO FILE AMENDED COMPLAINT**, via facsimile and by placing a true and correct copy of the same in the United States mail, at Las Vegas, Nevada to the following:

*Facsimile - 456-8348*
Robert L. Bachman, Esq.
Law Office of Robert L. Bachman
3431 E. Sunset Rd., Building C, Suite 12
Las Vegas, Nevada 89120

*Facsimile - 949-955-0324*
Robert L. Bachman, Esq.
Law Office of Robert L. Bachman
19100 Von Karman Ave, Suite 300
Irvine, California 92612

_____
An employee of
PICO ESCOBAR ROSENBERGER, Ltd.

```
03/06/06  11:08 FAX 702 457 8451      PICO ESCOBAR ROSENBERGE                    ☑001
                      ********************
                      ***   TX REPORT   ***
                      ********************

                      TRANSMISSION OK

                      TX/RX NO              1678
                      CONNECTION TEL                   4568348
                      SUBADDRESS
                      CONNECTION ID
                      ST. TIME              03/06 11:06
                      USAGE T               02'03
                      PGS. SENT             8
                      RESULT                OK
```

JAMES R. ROSENBERGER, ESQ.
Nevada Bar No. 001047
PICO ESCOBAR ROSENBERGER, Ltd.
2000 South Eastern Avenue
Las Vegas, Nevada 89104
(702) 457-9099 FAX 457-8451
*Attorneys for Plaintiff*
*JAMES WOODY*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JAMES WOODY, | Case No: 2:05-CV-01522 JCM-LRL |
| Plaintiff, | |
| v. | |
| AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., a foreign corporation; AMERICAN EXPRESS CENTURION BANK, a foreign corporation; EASTMAN KODAK, a foreign corporation; JAFFE & ASHER, LLP, a New York limited liability corporation, DOES 1-10 and ROES 10-20, inclusive, | |
| Defendants. | |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 6th day of March, 2006, I served **OPPOSITION TO DEFENDANT AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY INC., AMERICAN EXPRESS CENTURION BANK AND JAFFE & ASHER, LLP'S POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS THE COMPLAINT AND REQUEST FOR LEAVE TO FILE AMENDED COMPLAINT**, via facsimile and by placing a

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO                 1679
CONNECTION TEL                  19499550324
SUBADDRESS
CONNECTION ID            RL. BACHMAN ATTO
ST. TIME                 03/06 11:08
USAGE T                  03'12
PGS. SENT                8
RESULT                   OK
```

1 | JAMES R. ROSENBERGER, ESQ.
Nevada Bar No. 001047
2 | PICO ESCOBAR ROSENBERGER, Ltd.
2000 South Eastern Avenue
3 | Las Vegas, Nevada 89104
(702) 457-9099 FAX 457-8451
4 | *Attorneys for Plaintiff*
*JAMES WOODY*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JAMES WOODY, | Case No: 2:05-CV-01522 JCM-LRL |
| Plaintiff, | |
| v. | |
| AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., a foreign corporation; AMERICAN EXPRESS CENTURION BANK, a foreign corporation; EASTMAN KODAK, a foreign corporation; JAFFE & ASHER, LLP, a New York limited liability corporation, DOES 1-10 and ROES 10-20, inclusive, | |
| Defendants. | |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 6th day of March, 2006, I served **OPPOSITION TO DEFENDANT AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY INC., AMERICAN EXPRESS CENTURION BANK AND JAFFE & ASHER, LLP'S POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS THE COMPLAINT AND REQUEST FOR LEAVE TO FILE AMENDED COMPLAINT**, via facsimile and by placing a