# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JAMES WOODY,

    Plaintiff,

v.

AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., a foreign corporation, et al.,

    Defendants.

2:05-CV-1522 JCM (LRL)

Date:    N/A
Time:    N/A

## ORDER

The present action was filed on December 23, 2005. (Doc. #1.) On September 26, 2006, this court signed an order on stipulation to dismiss three of the four named defendants in the case. (Doc. #16.) On June 25, 2007, this court notified plaintiff that the action would be dismissed for want of prosecution if no action was taken by July 25, 2007. (Doc. #17.) Plaintiff has taken no further action in the case.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the claims against the remaining defendant are **dismissed without prejudice.**

DATED this 16th day of March, 2009\.

               */s/ James C. Mahan*
               UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**